IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CT-3181-BO

| | | |
|---|---|---|
| JOHN BRIAN GRANT, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **B. A. KUCHEN'S MOTION FOR** |
| v. | ) | **SUMMARY JUDGMENT** |
| | ) | |
| B.A. KUCHEN, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Officer B. A. Kuchen (hereinafter, "Ofc. Kuchen"), by and through undersigned counsel, and moves the Court pursuant to Fed. R. Civ. P. 56, for an order granting summary judgment in his favor on all of Plaintiff's claims. In support thereof, Ofc. Kuchen shows the Court that the pleadings, discovery materials, declarations, and other evidence of record establish that there is no genuine issue of material fact, and that he is entitled to judgment as a matter of law.

WHEREFORE, for the reasons set forth herein and in the *Memorandum of Law in Support of B. A. Kuchen's Motion for Summary Judgment*, Ofc. Kuchen respectfully prays the Court for an order granting summary judgment in his favor with respect to all of Plaintiff's claims.

This the 9th day of November 2023.

> **CITY OF RALEIGH**
> **Karen McDonald**
> **City Attorney**
>
> By: /s/ Hunt K. Choi
> HUNT K. CHOI
> Deputy City Attorney
> NC State Bar No. 24172
> Post Office Box 590

1

Raleigh, North Carolina 27602
Telephone:  (919) 996-6560
Facsimile:  (919) 996-7021
Email:  hunt.choi@raleighnc.gov
*Counsel for Defendant Kuchen*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2023, I electronically filed the foregoing pleading or other document with the Clerk of the Court using the CM/ECF system.

I also certify that on the 10th day of November 2023, I mailed a copy of the foregoing pleading or other document to Plaintiff, who is appearing *pro se* in this action, at the following mailing address that he provided to the Court on October 3, 2023 [D.E. 27]:

John Brian Grant, II
5611 Goldstone Dr., Apt. 301
Raleigh, NC 27616

Respectfully submitted,

This the 9th day of November 2023.

**CITY OF RALEIGH**
**Karen McDonald**
**City Attorney**

By: /s/ Hunt K. Choi
HUNT K. CHOI
Deputy City Attorney
NC State Bar No. 24172
Post Office Box 590
Raleigh, North Carolina 27602
Telephone: (919) 996-6560
Facsimile: (919) 996-7021
Email: hunt.choi@raleighnc.gov
*Counsel for Defendant Kuchen*